# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**OSCAR DIAZ JUAN,**

      **Petitioner,**

  v.

**SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,**

      **Respondents.**

**Case No. 1:25-cv-911**

**JUDGE DOUGLAS R. COLE**

In this case, Petitioner raises a challenge under 28 U.S.C. § 2241 to his ongoing detention. At the time he filed his Petition, Petitioner was confined at the Butler County Jail, Hamilton, Ohio, located within the Southern District of Ohio, and venue and jurisdiction were proper. After the filing of the Petition, Petitioner was transferred to the North Lake Correctional Facility in Baldwin, Michigan. That facility lies within the Western District of Michigan. As a result, jurisdiction and venue are now properly before the United States District Court for the Western District of Michigan. *See Rumsfeld v. Padilla*, 542 U.S. 426, 434–35, 441 (2004).

The parties agree that, in the interest of justice, this action should be transferred rather than dismissed. Transfer is appropriate pursuant to 28 U.S.C. § 1404(a) for the convenience of the parties and in furtherance of the interests of justice, and alternatively pursuant to 28 U.S.C. § 1631, which authorizes transfer when a court lacks jurisdiction to grant effective relief. *See Roman v. Ashcroft*, 340 F.3d 314, 328 (6th Cir. 2003).

**IT IS THEREFORE ORDERED THAT:**

1. By consent and agreement of the parties, this action is TRANSFERRED to the United States District Court for the Western District of Michigan pursuant to 28 U.S.C. §§ 1404(a) and 1631;

2. The Clerk of Court is DIRECTED to transfer the complete case file to the Clerk of the United States District Court for the Western District of Michigan.

   **SO ORDERED.**

<u>December 23, 2025</u>
**DATE**

                                 **DOUGLAS R. COLE**
                                 **UNITED STATES DISTRICT JUDGE**